FILED

4:59 pm, 9/12/16

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CARLA G. WIEBURG | ) | Case No. 13-20717 |
| | ) | Chapter 7 |
| Debtor. | ) | |

ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The court has considered the Verified Petition for Unclaimed Funds filed by
Carla Pierce requesting payment of unclaimed funds in the amount of $1,675.50. The verified
petition and the documents attached establish that the claimant is entitled to the unclaimed
funds; and the court having verified that the funds are available for distribution to this claimant.

Accordingly,

**IT IS ORDERED** that the Verified Petition for Payment of Unclaimed Funds is
GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check in the amount of
$1,675.50 payable to Carla Pierce at the following address: 429 Moore St. SE, Ardmore,
Oklahoma 73401.

_Cathleen D. Parker_

9/12/2016

UNITED STATES BANKRUPTCY JUDGE